

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANADARKO PETROLEUM CORPORATION and ANADARKO E&P ONSHORE LLC<br>Appellants,<br><br>v.<br><br>CHEVRON U.S.A. INC. and CHEVRON ADVANTAGE INC.<br>Appellees. | § <br> § <br> § <br> § <br> § <br> § | No. 08-24-00059-CV<br><br>Appeal from the<br><br>143rd Judicial District Court<br><br>of Reeves County, Texas<br><br>(TC#23-10-24972-CVR) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse its order denying Anadarko's motion to compel arbitration and granting Chevron's motion to stay arbitration. We remand to the trial court with directions to lift the stay of the arbitration and to stay any further proceedings in the trial court pending a decision from the arbitrator. We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox, Soto, JJ.
Palafox, J., dissents without opinion.